GERALD KIM (SBN No. 216894)
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6623
Facsimile: (323) 549-6624
gkim@sag.org

JS-6

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>           Petitioner,<br><br>v.<br><br>DESERT ROCK FILMS, INC..<br><br>           Respondent. | Case No.  CV 12-03045 CAS (MANx)<br><br>**[PROPOSED]** JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. came before the Court.  Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

///

///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against respondent Desert Rock Films, Inc., SAG Case No. 2006-0110, dated April 6, 2008, is confirmed in all respects.

2. Desert Rock Films, Inc. is ordered to pay as follows:

    (a) To Screen Actors Guild, Inc., on behalf of affected performers, the sum of $162,318.41;

    (b) To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

    (c) To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

3. Screen Actors Guild, Inc. is hereby granted an assignment of the accounts receivable of Desert Rock Films, Inc. from the distribution, exhibition, exploitation or other use of the motion picture entitled *No Place Like Home* anywhere in the world until the amounts due are paid in full.

Dated: June 4, 2012

*Christine A. Snyder*

Judge of the United States District Court